IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3098 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| DEBRA STEPHENSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a report and recommendation by Magistrate Judge Piester (filing 29) regarding Defendant's motion to suppress (filing 16) and amended motion to suppress (filing 24), and on Defendant's statement of objections to the report and recommendation (filing 32), filed pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1).

I have conducted a de novo review of the record. I find that inasmuch as the Magistrate Judge has fully, carefully, and correctly found the facts and applied the law, Defendant's objections should be denied, the report and recommendation should be adopted, and Defendant's motion to suppress and amended motion to suppress should be denied in all respects.

Accordingly,

IT IS ORDERED that:

1)      the Magistrate Judge's report and recommendation (filing 29) is adopted;

2)    Defendant's objections to the report and recommendation (filing 32) are denied;

3)    Defendant's motion to suppress (filing 16) is denied in all respects; and

4)    Defendant's amended motion to suppress (filing 24) is denied in all respects.


DATED: April 26, 2005.              BY THE COURT:

                                    s/ Richard G. Kopf
                                    United States District Judge