IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | 4:04CR3098 |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| DEBRA STEPHENSON,        ) | |
| ) | |
| Defendant.        ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

   IT IS ORDERED that:

   1.   The hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned to the 18th day of August, 2005, at the hour of 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

   2.   For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. sec.  3161(h)(1)(I)&(h)(8)(A)(B).

   August 2, 2005.                           BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge