IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>            Plaintiff,                       )<br>                                                       )<br>vs.                                                  )<br>                                                       )<br>DEBRA J. STEPHENSON,            )<br>                                                       )<br>            Defendant.                    ) | 4:04CR3098<br><br>**MEMORANDUM<br>AND ORDER** |

I held a telephone status conference today. Mr. Vanderslice indicated that his client would plead guilty with or without a plea agreement. This was acceptable to the government. The parties agreed that I should set this matter for a plea on March 1, 2006 at 1 p.m. and exclude the time for Speedy Trial Act purposes. Therefore,

IT IS ORDERED that:

1. This matter is set for a plea before me on the March 1, 2006, at the hour of 1:00 p.m., in Courtroom No.1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

January 12, 2006.                                   BY THE COURT:

                                                              s/ *Richard G. Kopf*
                                                              United States District Judge